From:
Fredrika M Miller
Gary L Sauer
3156 Cloverdale Rd
Montgomery, Alabama 36106
I don't live here because my house has been taken and boarded up.
Several months ago I put a mailbox on the property to get mail. I am safely
a couple of hours away in another city and county.

To:
Allstate Insurance
Thomas J Wilson CEO
2775 Sanders Rd.,
Northbrook, IL, 60062

Dear Sir,
  Fredrika and her Mother Ozell Chandler Miller have been customers of Allstate's for almost 20 years. During this time they have had several encounters with agents, managers and adjusters with your firm. The first and most prominent time was when they contacted your company with a claim about damage done to their property at 3156 Cloverdale Rd. Montgomery, Alabama 36106.
  The property was deliberately saturated with chemical pesticides by The Irrigata llc. owner Michael Stroup. He purposely covered their entire property with illegal chemicals he was not licensed to use. He also directed water to go into the sub-structure of their home due to unleveled dirt grading causing unstable foundation that was irreversibly damaged. When they called your office they were told that since your company did not hire the landscaper that you were not responsible for accidental damage he caused while working on the property. The damage he caused was not accidental, but rather an act of malice. He deliberately oversaturated the property with pesticides so much so that it caused the Owner, your insured, Ozell Miller to go to the hospital which resulted in lasting effects in both Ms. Miller and her daughter Fredrika.
  This incident started when a large tree fell in the property causing a huge hole and perimeter fence damage. There was damage to the property next door at 3150 Cloverdale Rd. crushing a patio while the homeowners were having a birthday party causing physical bodily injury. Ozell Miller called your office immediately and your company claimed they were going to send a representative however no one ever showed up. After calling several times your company never made any contact with Ms. Miller. The fallen tree lay breached across two properties with the privacy fence destroyed for more than 32 days. Their dogs could not be outside as it was dangerous for them as well as their adjoining neighbor's dogs. It finally took their very angry neighbor calling Farmers insurance, their agency, to call Allstate to get any action out of your company.
  When the tree was finally removed they were left with a 20' by 20' hole in their backyard that your company refused to fill. There was also a broken sewer pipe of theirs in the hole that was broken because of the tree damage but your company did not repair it. When the hole was finally filled by a third party that they had no access to, they just covered up the broken pipe rendering the sewer system in the rear of their home useless.
  This is not even the main reason I am writing to you. Fredrika and her mother Ozell spent several years trying to get this claim adjusted properly and paid accordingly. In the summer of 2009 Mr. Stroup did several thousands of dollars worth of work, work that your company refused to pay. In 2010 after Ozell tried to get your company to deal with all the problems stemming from the initial tree damage incident they filed a complaint with the Alabama Insurance Commission. They sent a correspondence in reply stating that Ozell needed to contact the Alabama Senior Services office. Jim L. Ridling who is close friends with Governor Bob Riley and William Bellingrath von Gal was the one holding up and subsequently refusing an investigation into your business practices here in Alabama. Will von Gal is the reason I am writing this letter. I will get to that in a minute.

In 2012, Fredrika and her mother started going after Allstate again to investigate the charges of deliberate damage to the property. They were involved in litigation with Mr. Stroup for a couple of years over the damage done to their home that Allstate took no action in resolving. By 2015 they finally contacted your company enough, and had fought through enough brick walls that a representative was sent out. Edward Merrell with Allstate, Kyle Woods also with Allstate and Brandon Hodge with the City of Montgomery came to the property. After seeing the damage done by Mr. Stroup all three men explained to Ozell and Fredrika that the damage Mr. Stroup had done had to be deliberate. The yard was graded to force or funnel the water to go directly into and under the foundation and into the basement. This caused irreparable damage to the property lowering its value and causing a loss of structural integrity.

When asked by your agents what was being done to mitigate the damage Ms. Miller could only ask the same question back at the agents there. Ms. Miller did not have the $50,000.00 quoted by Scott Pilgreen the state fire marshal who owned an engineering company. Also quoting the same number was Guthrie Jeffcoat a local engineer who is a court expert in engineering cases involving damage like the damage Mr. Stroup had caused. Allstate did not cover any charges or labor of any kind to help and by this time it was too late. John McMillan the head of the State of Alabama Department of Agriculture and Industries also came out to assess the damage. He explained that it was obvious that Mr. Stroup took away all the topsoil and just "shuffled" dirt around causing the water to be free to move directly into the foundation. So for your agents asking what the Miller's did to mitigate the damages seems like a leading question to get them out of the responsibility altogether.

Mr. Merrell and Mr. Woods tried to claim that they would not cover any of the work or damage because they were not notified of the problems in a timely manner. The phone records alone show the constant attempts to get the attention of your company over that period of time since the damage was done. Allstate then claimed that there would be no investigation into the property and in September 2016 Allstate dropped their home-owners policy due to the house being vacant.

The house was temporarily vacated for safety reasons due to the Protection from Abuse order filed against Will von Gal in Montgomery, Alabama in 2003. Ms. Miller and her daughter Fredrika went to their property in Gulf Shores to stay while they waited for contact by Allstate and it's agents to take care of the problems at 3156 Cloverdale. Your company never made good on any damage claims made at the property and all the Miller's got was the runaround from Allstate. Your company dropped the insurance while a valid Protection from Abuse order, a PFA, was in place and the claimants/insured feared for their safety and lives.

Shortly after their move to Gulf Shores for safety reasons Will von Gal found out where they were and started threatening their lives again. He used other people he knew in the community to get at them. He knows police officers and people that work for the city and county governments. I am telling you all of this for a reason. He and his family go back generations in Alabama and have a history of criminal activity, death threats, drug running and abuse.

Will von Gal manufactured firearms under his company name, Autauga Arms of Autaugaville Alabama. He has friends in banks, in the mayor's office and crooked attorneys he pays off. He has many contacts and can very easily find anyone he wants so he can make good on his continuous death threats. He is a gun and drug trafficker and has been running illicit goods to and from Costa Rica and elsewhere in his private planes and boats.

Fredrika and her mother stayed in Gulf Shores as long as they could until Mr. von Gal began causing problems for them and had their condo taken away through his connections in Baldwin County and his friends who work in the Sheriff's office in Bay Minette, Alabama. In an effort to get away from Mr. von Gal's influence Fredrika and her mother Ozell left Alabama and travelled to a friend's house in Nevada in the fall of 2017. The two spent several months there speaking with attorneys, local law enforcement and even the FBI trying to get help with the danger Will von Gal posed to Fredrika and her mother. In May of 2018 Ozell Miller was diagnosed with cryptogenic cirrhosis of the liver and liver cancer. She was subsequently diagnosed with Histoplasmosis, Blast mycosis and aspergillus in her lungs. All of these medical issues were traced back to the pesticides and wet conditions within the confines of their 3156 Cloverdale Rd home.

Once diagnosed, Ozell and Fredrika left to Los Angeles for medical treatment at UCLA. For nearly 20 months they stayed in hospitals for weeks on end, sleeping on floors and waiting rooms. Ozell passed away on December 25th 2019 from cryptogenic cirrhosis of the liver, due to the pesticide poisoning. Ozell didn't drink or do any drugs. She merely lived in a home environment that had been ruined by a landscaper who admittedly destroyed the property.

During the last few months of her life Ozell called in to Allstate and talked to Charmain to pay her bill. She always called in because she did not trust the internet. Ozell was old school and always liked to talk to a person. In January of 2020, after Ozell's passing, Fredrika got on the phone with Allstate to make the next month's payment and was told it had been cancelled in August although she later found out it was actually October. She told the agent on the phone that her mother made her payments religiously on the phone from hospital beds and doctor's offices all over So. California.

Fredrika then called Adrianne Dugan, her originating agent in Montgomery, Alabama. Adrianne said the umbrella policy had been cancelled and there was no active policy. Fredrika sat with her mother while she was on the phone making the payments. She helped her mother with account particulars like dates and policy numbers to tell Charmain and recorded the times and days of calls. When Fredrika heard that the account had been cancelled she was furious.

Her mother had just passed away a week or two earlier and now Fredrika finds out her umbrella policy is cancelled and her car she is driving around is also without insurance. When she asked Ms. Dugan about reinstating the policy because of the mistake Allstate made, Ms. Dugan claimed they could not reinstate but they could write a new policy on the car only. They could not re-offer the umbrella policy because it was cancelled due to non-payment. Fredrika argued with Ms. Dugan who refused to budge so Fredrika's only option was to call headquarters in Illinois and explain the situation Ms. Dugan's agency forced her into. The person at corporate apologized and said they absolutely could reinstate the policy and got Charmain on the phone in a three way call. The corporate representative explained it to Charmain and the policy was supposedly reinstated. Later that month Fredrika received an electronic statement attached to her bill that the policy had been rewritten into two separate policies that were not "linked" as before and instead of paying 19 dollars a month the new premium was 55 dollars a month more. Fredrika was in the middle of funeral details and travelling so she had to wait to fix the error in the policy until she could get back to Alabama and straighten it out. Fredrika drove back to Alabama with her boyfriend Gary L Sauer from Nevada. She and her mother were staying at his home when Ozell was first diagnosed.

Once she returned to Alabama she found her house had been boarded up, burglarized, ransacked and destroyed by meth addicts that had been occupying it while they were away. There was a sign posted on the door that the house was condemned. The police had been called by neighbors about all the criminal activity there and the MPD did nothing even after catching them red-handed, but that's a story in itself. After calling the city Fredrika found out that it had been sold for non-payment of taxes, however the house had been tax-exempt since 2007.

Fredrika visited the tax offices in the City of Montgomery and they said they had no record of her latest tax exempt status form and that since Ozell had left and gone to Gulf Shores that the tax exempt status was rescinded. Ozell owned the house outright since 1978 and did not miss payments, forms or details when it came to her property. Fredrika found the copy of the tax exempt form that she sent that year with Janet Buskey's signature on it yet the people at the tax office could not find it in their system. The house was ordered sold by Judge Reed, now Mayor Steven Reed of Montgomery, Alabama.

The town of Montgomery, Alabama is a small town comparatively and everyone knows everyone. Will von Gal's attorney Thomas Gallion is the County of Montgomery's attorney and knows Fredrika well and was instrumental in confiscating and selling off her property. Mr. von Gal knows everybody in town, his family name is well known here and he has a lot of connections in many businesses as I described earlier. So it wasn't hard to see what had happened. Will von Gall was again meddling in Fredrika's life as he promised he would. He said he would never stop.

The city and many officials in the Montgomery Police Department knew Fredrika was in California with her mother. She had been calling the Alabama Law Enforcement Agency and MPD, Sheriff's department and other notable figures like the Mayor and Governor to get help with her poisoning

case and with her rape by a Montgomery police officer. The police continuously refused to file a report and they would circumvent every challenge Fredrika posed to them. The Montgomery Police Department refused the report because they did not want to tarnish their reputation with a rape charge. No one would help her and the city was deliberately working against her as they had in previous years. Will von Gal held a grudge and when he told Fredrika he would kill her and her mother, he meant it. He knows way too many people at different levels of government and in society here that no place was safe from his reach.

In an effort to get the police department to listen to Fredrika's complaints she filed a federal lawsuit against the Montgomery Police Department and ALEA # 2:20CV1048 as well as a federal lawsuit against the City of Montgomery and the County of Montgomery # 2:20CV1025. She was told by attorneys that she would be unable to win any cases in local court as Will von Gal knows the judges and lawyers. Fredrika was also told she had been red-flagged and would never again win a case in the circuit courts.

While here in Alabama Fredrika has been trying to resolve her insurance problems with Adrianne Dugan who has been unwilling to bend and fix the insurance problem her office specifically caused when they did not apply the phone payment as they should have back in 2019 causing the policy termination. Fredrika has also been in contact with district manager Kyle Woods for the South-East division of Alabama. She has been trying to get her case reopened from the original one going back to the 2009 poisoning. She has spent over a decade begging your company to help with her ongoing struggle to have her claim heard and property repaired. She has been trying to get protection from Will von Gal, and Michael Stroup's criminal acts since 2009. Kyle Woods has refused every effort by Fredrika and her mother Ozell to reopen the case. He refuses to release the files in the case so Fredrika can properly deal with all the problems she is going through. His response was that "Not even the FBI could get him to give her the files on her and her mother's house." So Fredrika went over Kyle's head and called a Jeremiah, Kyle's supervisor. Jeremiah refused to return any calls and referred it back to Kyle who explained again he would never reopen this case.

Now back to the Protection from Abuse order. Fredrika is a relentless researcher and spends countless hours looking for ways to help her get justice for her mother's death. She will right the wrongs by people in power and protect herself from those who are sworn to but will not. Fredrika in her investigating found out that Allstate has a program called 'The Purple Purse' in the Allstate foundation and that it states that Allstate cannot cancel a policy when a Protection from Abuse order is in place.

After several months of payments to her new policy Fredrika spoke to Ivey, an agent that works at Adrianne Dugan's Turner & Eaves office in Montgomery to try to get her premium lowered. Ivey explained to Fredrika that she didn't know why she was paying for that particular umbrella policy because Adrianne said the account would not have paid because her mother Ozell was dead, yet they still took the payments on the account and Adrianne refuses to refund the balance.

Fredrika was also told by Adrianne that she had to include Gary Sauer because he was an active driver on the policy. Later she would find out that Gary did not need to be on the policy and that Adrianne assumed that Fredrika and Gary were married and proceeded to write the policy that way. When Fredrika called to get Gary removed from the policy and to get her premium lowered and to straighten out all the issues caused by Adrianne's mistakes, Adrianne started yelling at Fredrika. She told Fredrika to "Shut up and listen."

Adrianne knew of Fredrika's problems with Will von Gal and of the PFA but never tried to protect her with privacy and confidentiality. Fredrika decided that was the last time she would deal with Adrianne. Fredrika feels that since Adrianne refuses to acknowledge the PFA or Mr. von Gal's role in her domestic violence issues, she is unable to keep personal information away from him and he likely has already compromised her. It is something he has done many times in the past to find Fredrika and financially abuse her and her mother.

Fredrika then turned to your corporate headquarters for assistance in moving her policy to another agency altogether. She initially spoke to a Bruce who told her she could easily move the policy out of Adrianne's agency and into an agency that would keep Fredrika's private information private and away from Adrianne's prying eyes. Bruce told Fredrika to call a local agent in Alabama closer to

where she was staying. Fredrika cannot use her home so she is staying a couple of hours away from Montgomery for safety from Mr. von Gal. After a long conversation with your representative Bruce explaining to him the situation with Mr. von Gal, Fredrika decided to do what Bruce suggested.

  Fredrika contacted your agent in Alabama. She sent an email contact from her website with a detailed description of the issues she was facing in Montgomery including the PFA, Adrianne Dugan's unprofessionalism and subsequent mishandled policy. She also explained that Bruce from the corporate office said to let her know that her information was to be completely private. For her to take Gary's name off the account and do a policy just for Fredrika and that no one including myself (Gary) or anyone else could access any information about Fredrika's whereabouts, insurance information or that Fredrika even had an account with Allstate. Bruce said to first contact the local agent and ask her what her policy is on domestic violence issues. He then explained that as soon as any agent hears the words 'domestic violence' they have been trained to stop and handle the case accordingly with the utmost privacy and secrecy.

  A few days later Fredrika got an email from Adrianne Dugan, her old agent asking about rewriting the policies. She sent the email at 1:30 in the morning which seemed like an odd time to make contact even after she was told she did not want to do business with any longer. The local agent never called Fredrika per request or answered any emails. Adrianne Dugan was refusing to let it go and was continuing to hound Fredrika for her business.

  Fredrika did not want to speak to Adrianne again as her last few contacts with her were problematic and unprofessional. Fredrika again contacted corporate in Illinois for help. She asked them to write a policy for just for Fredrika, without Gary on the policy. She asked them to keep the policy a secret from Adrianne and to send the policy directly to the local agent in Alabama. The person that wrote the policy said that she had cancelled the old policy with Fredrika and Gary on it and took Fredrika's name off it completely but that Gary would have to contact Adrianne Dugan in Montgomery himself to have his name removed and the policy cancelled.

  Gary, (me) then contacted Turner & Eaves and asked for Adrianne Dugan. The person who answered the phone asked for my name and what it was in regards to as Adrianne was very busy on the phones and would have to call back. After explaining that I wanted to take my name off the policy and close the account the receptionist stated she would have Adrianne call me as soon as she was free. More than a couple of days went by and Adrianne had not returned my call. In that time an email came in stating that we now had two policies for the same vehicle and my name was on one and Fredrika's was on the other. We were being charged for two policies and that Adrianne was completely aware of Fredrika's policy with Ms. Chastain in Jackson. This was by definition why all these phone calls and email changes were made, to keep Adrianne Dugan and her potential to allow location information leak from her office to Will von Gal.

  Needless to say we were both shocked that after all this we were just as exposed as if we were standing on the corner in Montgomery. This time I called and spoke to a Jennifer and explained the whole matter again in great detail and she assured me that I was taken off the policy, our policy was moved not only from out of Adrianne's office but out of Kyle Wood's district and that Fredrika's policy was set up to be 100% secure and that no one, not even Adrianne could even see that there was an account in Fredrika's name. She said she would be transferring the policy to Newberry Park near Camarillo, California, a city where Fredrika had good luck and customer service in the past with Allstate while there with her mother.

  I was on the phone with Jennifer, your representative in customer service for over an hour. After she had made some changes to the account and did all the things I just described Fredrika received a couple phone calls from Adrianne Dugan trying to contact her. When Fredrika didn't answer Adrianne tried calling me on my phone, I too refused to answer. Jennifer noted it on the account notes that Adrianne was not to make contact with either of us any longer and that we were terminating any business with her office. Jennifer then said she was going to file a formal complaint to be investigated by a specific department in your company that handles these types of complaints.

  During that same call Adrianne then sent emails to the both of us asking why we had the accounts moved and that she was trying to access and process them still. The lady on the phone assured me that Adrianne cannot see anything we are doing and that she did not even include Fredrika's new

address in the new account and that I was completely removed from all accounts. Jennifer and I ended the phone call with the new account processed for Fredrika and my account was still active until the investigation call comes through after the weekend, approximately two business days away.

I did eventually get a call from Chris with the investigations department and he started the conversation with "Tell me what is going on, explain it all to me so I can be brought up to speed." I spent about 20 minutes describing all the information in this entire letter to him. Chris said first of all no one can be left out of company wide information including Adrianne Dugan even though every single representative told us the opposite in every phone call. He then told me that he cannot transfer Fredrika's account to any other jurisdiction other than the one that coincides with the state the insured's car parks in at night. Thirdly he explained that he knew of no policy that prohibits the cancellation of an insured customer due to the threat of domestic violence, police action or a PFA, Protection from Abuse order. He also said he knew of no domestic violence policies with Allstate of any kind.

I told him specifically that everyone we had talked to, gave us information to the contrary every time. So I told him that all we had been through trying to make it safe for Fredrika was a waste of time. We asked to have an insurance policy with Allstate that was hidden from Will von Gal's ability to compromise people he knows to be agents of Fredrika's. Will von Gal knows Adrianne Dugan has been her agent for years. Will von Gal can easily pay anyone at your agent's office to get Fredrika's address and make good on his threats of bodily harm and death. Will has done this in the past and will do it again to get to her.

Chris, your investigator said that no agent is allowed to give information out to anyone that is not already allowed access within your organization. I explained that I know that as that would be normal policy at any place of business where sensitive customer information is held. So I applied a fictitious scenario trying to feel comforted that Fredrika's information and location was secure. I said if someone wanted to give out the information about her they could because it is widely available and just about anyone in the company at an agent's level and above could access it, correct? He again said it is against policy to do so and the agent would have no reason to.

I said but if Adrianne Dugan knows Will von Gal and he wanted to get the information from her that it is plausible, yes? He again just said the agents aren't allowed to do that. I told him he does not understand Will von Gal. I said we were led to believe Fredrika could keep her information private and that my policy issues would be strictly handled and there would be no way for him to get to anyone he already may know and locate Fredrika. That was a series of lies intended to keep us as customers and was never used to help us with Fredrika's dilemma or to protect her in any way from a known violator of a PFA order. We ended the phone call and Chris assured me that my account was closed, Fredrika's information was in a new agent's office and that Adrianne Dugan would not contact us again.

This past conversation was over two weeks ago, near the beginning of December. Today is December 29th. Fredrika received another email saying she owed for two policies about a week ago, right before Christmas. Fredrika again called customer service at corporate and asked why she was still being charged. The lady on the phone said that she still had two active policies one with my name (Gary) on it. She promised she would officially cancel the policy and we would not have to hear about it again.

The day before yesterday Fredrika received another email asking for a 400+ dollar payment for the two policies. Fredrika emailed Adrianne and told her we were not her clients any longer and that she is to cancel the policy with Gary's name on it. She replied with "Ok I was just waiting to hear from you before I cancel it." Adrianne was refusing to let it go and held that policy in her office and over us for months. She has never stopped being unprofessional, rude or vindictive when it comes to our professional relationship with her.

I am writing you this letter of explanation to prepare you if the policy is not cancelled, Adrianne Dugan tries to make further contact with us or Will Von Gall finds out Fredrika's location. We have cut all ties with Montgomery and the only one that now exists is the one Adrianne Dugan refuses to release from her clenched fist. If we are harassed any longer by Ms. Dugan, receive another bill for

an extra policy or we are not refunded the money owed to us by improperly handled accounting we will have to act accordingly.

As it stands your company will likely be subpoenaed in our federal lawsuits for files relating to the crimes against Fredrika and Ozell's property that Kyle Woods has refused us access to since 2015. Fredrika is the only and rightful heir to the property, her childhood home since 1978. She has the will and legal rights to all of it. She has only ever asked for her files on that property. In order to avoid any court litigation involving Allstate directly it makes the most sense to give her the files so she can move past this and get justice for her mother. Agents in California stated they would have had no problem giving her the files with her appropriate power of attorney statement yet Kyle Woods has made it his personal mission to refuse every single request made by Fredrika and her mother Ozell Miller since 2015.

Kyle told Fredrika and her mother that the police would have to open an investigation into the crimes committed there before he would act on any investigation through Allstate. It is ridiculous for him to stonewall her for what could only be described as a personal motive. If Adrianne does not cease and desist contacting us we will have to bring you into a separate lawsuit. We do not want to have to do this. Fredrika and her mother only wanted cooperation from the beginning. Something your company has some sort of aversion to at every level. If you would just open an investigation or reopen the original case and put even the slightest effort towards finding out what happened Fredrika would be grateful and would likely stop contacting your company insisting you act on her behalf, as a company should. Wouldn't you want to know what happened so you too can be prepared when the time comes to explain your position in relation to your customer's legal rights to justice?

                                                Fredrika M. Miller        Gary L. Sauer

Mr. Stroups insurance:

Lafayette Insurance Company
United Fire Group
118 Second Ave. SE
Cedar Rapids, IA 52401