IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRIKA MORRISETTE MILLER, and the ESTATE OF OZELL C. MILLER, <br><br>Plaintiffs,<br><br> v.<br><br>ALLSTATE INS. CORP. *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACT. NO. 2:21-cv-646-ECM<br>)<br>)<br>)<br>) |

**MEMORANDUM OPINION and ORDER**

On July 13, 2022, the Magistrate Judge entered a Recommendation (doc. 7) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiffs' failure to prosecute and abide by orders of the Court, and the complaint's failure to state a claim upon which relief may be granted.

A separate Final Judgment will be entered.

DONE this 2nd day of August, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE